DAVID BRIDGES *v.* COMMISSIONER OF CORRECTION

The petitioner David Bridges' petition for certification for appeal from the Appellate Court, 97 Conn. App. 119 (AC 25973), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Kevin E. Dehghani*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided September 27, 2006

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.